JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

YUQIN DING,

         Petitioner,

      v.

CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, KRISTI NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security, and PAM BONDI, in her Official Capacity, Attorney General of the United States,

         Respondents.

Case No. 2:26-cv-01973-JWH-PVC

**JUDGMENT**

Pursuant to the "Order Dismissing Petition [ECF No. 1] for Lack of Jurisdiction" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The Petition for Writ of Habeas Corpus and Complaint for a Declaratory and Injunctive Relief [ECF No. 1] of Petitioner Yuqin Ding is **DISMISSED for lack of jurisdiction**.

2.    Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    March 9, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-